IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| RICHLAND LLC, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:18-cv-00038 |
| UNION INSURANCE COMPANY, | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Richland, LLC and Defendant Union Insurance Company (collectively, the "Parties"), as evidenced by the signatures of counsel for the respective parties appearing below, hereby stipulate that this action be dismissed with prejudice according to the terms of the Parties' Settlement Agreement. Each party shall be responsible for their own respective attorneys' fees and expenses, and their own pending court costs, if any.

Respectfully submitted this the 15th day of March, 2019.

FROST BROWN TODD LLC

*s/ Scott R. Brown*
Scott R. Brown (BPR No. 033155)
Katharine B. Fischman (BPR No. 36009)
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1900
Nashville, TN 37201
Phone: (615) 251-5550, Fax: (615) 251-5551
srbrown@fbtlaw.com, kfischman@fbtlaw.com

*Counsel for Defendant Union Insurance Company*

GILBERT MCWHERTER SCOTT BOBBITT PLC

*s/ Jonathan L. Bobbitt*
Jonathan L. Bobbitt (BPR No. 23515)
J. Brandon McWherter (BPR No. 21600)
341 Cool Springs Boulevard, Suite 230
Franklin, TN 37067
Phone: (615) 534-1144
jbobbitt@gilbertfirm.com,
cscott@gilbertfirm.com

Clinton H. Scott (BPR No. 23008)
54 Exeter Road, Suite D
Jackson, TN 38305
Phone: (731) 664-1340
cscott@gilbertlawfirm.com

*Counsel for Plaintiff Richland LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Jonathan L. Bobbitt (BPR No. 23515)
J. Brandon McWherter (BPR No. 21600)
341 Cool Springs Boulevard, Suite 230
Franklin, TN 37067
Phone: (615) 534-1144, (731) 664-1340
jbobbitt@gilbertfirm.com
cscott@gilbertfirm.com

Clinton H. Scott (BPR No. 23008)
54 Exeter Road, Suite D
Jackson, TN 38305 Phone: (731) 664-1340
cscott@gilbertlawfirm.com

*Counsel for Plaintiff Richland LLC*

*s/ Scott R. Brown*
*Counsel for Defendant Union Insurance Company*

0119409.0663803   4836-4342-0041