## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | | |
|---|---|---|
| **RICHLAND LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 1:18-cv-00038** |
| | ) | **CHIEF JUDGE CRENSHAW** |
| **UNION INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

The parties have filed a Joint Stipulation of Dismissal with Prejudice (Doc. No. 40).

Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close

the file.  Any pending Motions are **DENIED** as **MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE